MARK WRAY, #4425
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
Attorneys for Plaintiff
TOM GONZALES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TOM GONZALES,

        Plaintiff,

vs.

SHOTGUN NEVADA INVESTMENTS, LLC, a Nevada limited liability company; SHOTGUN CREEK LAS VEGAS, LLC, a Nevada limited liability company; SHOTGUN CREEK INVESTMENTS, LLC, a Washington State limited liability company; and WAYNE PERRY, an individual,

        Defendants.
_____/

Case No. 2:13-cv-00931-RCJ-VPC

(Eighth Judicial District Court
Case No. A-13-679826)

**STIPULATION AND ORDER TO CONTINUE CALENDAR CALL**

    Pursuant to Local Rule 6-1, Plaintiff Tom Gonzales, by his counsel, and Defendants Shotgun Nevada Investments, LLC, Shotgun Creek Las Vegas, LLC, Shotgun Creek Investments, LLC and Wayne Perry, by their counsel, hereby stipulate and agree, subject to this Court's approval, and at the request of Mark

1

Wray, counsel for Plaintiff, due to Mr. Wray's hearing schedule in another matter, to continue the calendar call currently set for August 10, 2015 at 10:00 a.m. to August 10, 2015 at 2:30 p.m.

    WHEREFORE, the parties hereby stipulate and respectfully request that this Court enter an Order continuing the time for the calendar call as set forth above.

DATED: July 29, 2015　　　LAW OFFICES OF MARK WRAY

By___/s/ Mark Wray_____
  MARK WRAY
Attorneys for Plaintiff TOM GONZALES

DATED: July 29, 2015　　　SCHWARTZER & MCPHERSON

By___/s/ Lenard Schwartzer_____
  LENARD E. SCHWARTZER, #0399
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
(702) 228-7590
(702) 892-0122 – Fax
Attorneys for Defendants SHOTGUN NEVADA INVESTMENTS, LLC; SHOTGUN CREEK LAS VEGAS, LLC; SHOTGUN CREEK INVESTMENTS, LLC; and WAYNE PERRY

## **ORDER**

The parties having stipulated,

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT/
MAGISTRATE JUDGE

DATED:___ JULY 30, 2015 _____

2