Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email: bkfilings@-smlaw.com

*Attorneys for Shotgun Investments Nevada, LLC; Shotgun Creek Las Vegas, LLC; Shotgun Creek Investments, LLC; and Wayne Perry*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOM GONZALES,<br>Plaintiff,<br>vs.<br>SHOTGUN NEVADA INVESTMENTS LLC, a Nevada limited liability company; SHOTGUN CREEK LAS VEGAS, LLC, a Nevada limited liability company; SHOTGUN CREEK INVESTMENTS, LLC, a Washington State limited liability company; and WAYNE PERRY, an individual,<br>Defendants. | Case No. 2:13-cv-00931-RCJ-VPC<br><br>**MOTION TO APPEAR TELEPHONICALLY AT CALENDAR CALL** |

Lenard E. Schwartzer, counsel for SHOTGUN INVESTMENTS NEVADA, LLC; SHOTGUN CREEK LAS VEGAS, LLC; SHOTGUN CREEK INVESTMENTS, LLC; AND WAYNE M. PERRY (the "Defendants"), hereby moves this Court for authorization to appear by telephone at the Calendar Call scheduled for August 10, 2015 at 2:30 P.M. in Reno, Courtroom 6, before the Honorable Judge Robert C. Jones.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Mr. Schwartzer maintains an office in Las Vegas, Nevada. As there are no Motions in Limine to be heard or other evidence to be presented, Mr. Schwartzer requests he be allowed to appear telephonically as it would be expensive and burdensome to travel to Reno from Las Vegas for a calendar call.

Dated: July 28, 2015.

*/s/ Lenard E. Schwartzer*

Lenard E. Schwartzer
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
*Attorneys for Shotgun Nevada Investments, LLC; Shotgun Creek Las Vegas, LLC; Shotgun Creek Investments, LLC; and Wayne Perry*

ORDER

IT IS SO ORDERED this 31st day of July, 2015.

ROBERT C. JONES

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Schwartzer & McPherson Law Firm, and that on July 28, 2015, I caused to be served the foregoing **MOTION TO APPEAR TELEPHONICALLY AT CALENDAR CALL** by: (check all that apply)

☒ a. **By ECF System**:

Lenard E. Schwartzer usdcfilings@s-mlaw.com

Mark D Wray mwray@markwraylaw.com, swray@markwraylaw.com, tmoore@markwraylaw.com

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: July 28, 2015

| Sheena Clow | /s/ Sheena Clow |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |