**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SPECIALTY TRUST, INC.,<br><br>        Debtor(s)<br><br>TOM GONZALES,<br><br>        Plaintiff,<br><br>    vs.<br><br>SHOTGUN NEVADA INVESTMENTS, LLC, *et al.*,<br><br>        Defendants. | Bankruptcy Case No.:  BK-10-51432-GWZ<br>Adversary Proceeding No:  11-05015-GWZ<br><br>Case No.:    2:13-CV-00931-RCJ-VPC<br>             3:11-CV-00613-RCJ-VPC<br>             2:15-CV-00915-RCJ-VPC<br><br>**ORDER RESCHEDULING HEARING** |

    IT IS HEREBY ORDERED that the Show Cause hearing currently set for 10:00 A.M., Friday, April 15, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones is VACATED.

    IT IS FURTHER ORDERED that the Show Cause hearing is RESCHEDULED as a Telephonic/Video Conference for 1:30 P.M., Thursday, March 3, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones. The parties shall appear in person in Las Vegas.

    IT IS SO ORDERED this 17th day of February, 2016.

                                                                _____<br>
                                                               ROBERT C. JONES<br>
                                                               District Judge