# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOM GONZALES,<br><br>   Plaintiff,<br><br>vs.<br><br>SHOTGUN NEVADA INVESTMENTS, LLC, *et al.,*<br><br>   Defendants. | Case No.: 2:13-CV-00931-RCJ-VPC<br>      2:15-CV-00915-RCJ-VPC<br><br>**ORDER** |

  Presently before the Court is Plaintiff's Emergency Motion to Disqualify Attorneys (ECF #112) filed June 28, 2016. Accordingly,

  IT IS HEREBY ORDERED that Defendants shall file a response to the Emergency Motion to Disqualify on or before 5:00 P.M., Tuesday, July 19, 2016.

  IT IS FURTHER ORDERED that Plaintiff shall file a reply on or before 5:00 P.M., Monday, July 25, 2016.

  IT IS FURTHER ORDERED that Oral Argument is set for 09:00 A.M., Friday, July 29, 2016, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

  IT IS SO ORDERED this 5th day of July, 2016.

                     _____
                      ROBERT C. JONES
                      District Judge